July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

O.C.T.G., L.L.P AND SOJOURN PARTNERS, L.L.C., Appellants

NO. 14-13-00981-CV                 V.

LAGUNA TUBULAR PRODUCTS CORPORATION AND LTP REAL
ESTATE, LLC F/K/A LTP REAL ESTATE, INC., Appellees

_____

This cause, an appeal from the trial court's order signed October 15, 2013 in favor of appellees, Laguna Tubular Products Corporation and LTP Real Estate, LLC f/k/a LTP Real Estate, Inc., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the trial court's order **AFFIRMED**.

We order appellants O.C.T.G., L.L.P and Sojourn Partners, L.L.C., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.